UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

IN RE:

Timothy Dinges

CASE NO.:   15-bk-01901-CED
CHAPTER    13

DEBTOR
_____/

## NOTICE OF WITHDRAWAL OF DEBTORS' OBJECTION TO UNSECURED CLAIM FILED BY CAVALRY SPV 1, LLC CLAIM NUMBER 3

COMES NOW, Timothy Dinges, by and through his undersigned attorney, and hereby files this Notice to withdraw the Objection to Unsecured Claim #3 filed on June 4, 2015.

/s/ Melanie A. Newby, Esq.
Melanie A. Newby, Esq. 0870481
Jodat Law Group, P.A.
Attorney for Debtor
521 Ninth Street West
Bradenton, FL 34205
(941) 749-1901

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by electronic notice and/or U.S. Mail delivery to United States Trustee, 501 E. Polk Street, Suite 1200, Tampa, Florida 33602, Chapter 13 Trustee, Kelly Remick, PO Box 6099, Sun City Center, FL 33571 ; Timothy Dinges, 2066 Arlington Street, Sarasota FL 34239 and Bass & Assoc., PC, Attn: Susan Karder, 3936 E. Ft. Lowell Rd., Ste. 200, Tucson, AZ 85712 on this 22nd day of June, 2015.

/s/ Melanie A. Newby Esq.
Melanie A. Newby, Esq. 0870481